JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CETERA ADVISORS LLC, a Delaware corporation; CETERA ADVISOR NETWORKS, LLC, a Delaware corporation; and CETERA FINANCIAL GROUP, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, a New York company,<br><br>Defendant. | Case No. CV 24-9912-DMG (JCx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [28]** |

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

DATED: August 14, 2025

_____
DOLLY M. GEE
Chief United States District Judge